JS - 6

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   ALARICE M. MEDRANO
4  Assistant United States Attorney    NOTE: CHANGES MADE BY
   California Bar No. 166730           THE COURT
5       Room 7516 Federal Building
        300 North Los Angeles Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0460
7       Facsimile: (213) 894-7819

8  Attorneys for Defendant, Michael J. Astrue,
   Commissioner of Social Security
9

10                  UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                         WESTERN DIVISION

13  PARVIN SIECZKOWSKI,        )    No. CV 08-3928 VBF (AJWx)
                               )
14          Plaintiff,         )    HEARING:
                               )
15              v.             )    Date: September 13, 2010
                               )    Time: 1:30 p.m.
16  MICHAEL J. ASTRUE,         )    Place: U.S. Courthouse
    Commissioner of Social     )    312 North Spring Street
17  Security,                  )    Los Angeles, CA 90012
                               )
18          Defendant.         )    [Before the Honorable
                               )     Valerie B. Fairbank]
19

20

21

22                    **JUDGMENT FOR DEFENDANT**

23
       [FILED CONCURRENTLY HEREWITH ARE THE (I) MOTION FOR
24     SUMMARY JUDGMENT; (II) SEPARATE STATEMENT OF UNDISPUTED
       FACTS AND CONCLUSIONS OF LAW;(III) EVIDENTIARY
25     APPENDIX; AND (IV) PROPOSED STATEMENT OF DECISION]

26

27

28

1  The Court having considered the pleadings, evidence
2  presented, and memorandum of points and authorities, and in
3  accordance with the Findings of Fact and Conclusions of Law filed
4  herein:

5  HEREBY ORDERS, ADJUDGES AND DECREES that judgment is entered
6  in favor of Defendant on all causes of action.

8  DATED: September 2, 2010

*/s/ Valerie Baker Fairbank*
VALERIE B. FAIRBANK
UNITED STATES DISTRICT COURT

13  PRESENTED BY:

14  ANDRÉ BIROTTE JR.
United States Attorney
15  LEON W. WEIDMAN
Assistant United States Attorney
16  Chief, Civil Division

       /s/
18  ALARICE M. MEDRANO
Assistant United States Attorney

Attorneys for Defendant, Michael
20  J. Astrue, Commissioner of the
Social Security Administration

2